# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

A. K., et al.,

    Plaintiffs,

v.

SAN MATEO-FOSTER CITY SCHOOL DISTRICT,

    Defendant.

Case No. 17-cv-04048-RS

**ORDER TO SHOW CAUSE**

On April 2, 2018, a settlement conference in this matter was scheduled to take place on June 11, 2018. Counsel for plaintiffs did not participate in a pre-settlement conference call on May 15, 2018, and has not made himself available despite numerous efforts by the Court to reach him. Upon a representation by plaintiffs' counsel that he is no longer able to represent his clients at this time, he was ordered to file a motion to withdraw or for substitution of counsel by June 1, 2018. Because that deadline has now passed and no such motion has been filed, plaintiffs are hereby ordered to show cause why this case should not be dismissed for failure to prosecute and why plaintiffs' counsel should not be referred to this Court's Standing Committee on Professional Conduct. Plaintiffs' response is due no later than July 16, 2018. Noncompliance with this order will result in dismissal of this action and possibly additional disciplinary action.

**IT IS SO ORDERED**.

Dated: July 2, 2018

_____
RICHARD SEEBORG
United States District Judge